PETER DEBAUN, Appellant, *v.* FRANK E. BEAN et al., Respondents.

(Argued December 4, 1885; decided January 19, 1886.)

*George W. Weiant* for appellant.

*J. A. Hyland* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

LUTHER A. WING, Respondent, *v.* ERASTUS RAPALEE, Appellant.

(Argued December 4, 1885; decided January 19, 1886.)

*J. F. Parkhurst* for appellant.

*M. Rumsey Miller* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.